# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DOREEN ROSSELLI; ROSA COLLAZO; ETTY SEGAL; YANG OU; HEIDI MAUTER-HALE; ALFREDO MORENO; JOHN HENDERSON AND MARY HENDERSON; ANA MONTENEGRO; JOSEPH DIGIOVACCHINO; JAN BELOTE and SUJITH ABRAHAM and NEENA MATHEW; DANIEL AH-KING; BERNER TAMPA, LLC; a Florida Limited Liability Company; DAVID FERRENS; ROBIN LEIBY; LELAND HARPER; GILBERTO PERALTA and MARCELA PERALTA; DIANA RUIZ; GREGORY SCHLEGEL; DAN ANDREAS SILJSTROM; AKOS SZILVESZTER TOTPAL; HELEN WILBERDING,

Appellants,

v.

GRANDE OASIS OF CARROLLWOOD CONDOMINIUM ASSOCIATION, INC., and WEST SHORE OASIS, LLC,

Appellees.

No. 2D2023-1716

_____

June 5, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Shawn G. Brown of Shawn G. Brown, P.A., Tampa, for Appellants.

Kristen M. Fiore of Akerman LLP, Tallahassee; and Mark J. Bernet of Akerman LLP, Tampa; and Stephen K. Tilbrook of Akerman LLP, Fort Lauderdale, for Appellee West Shore Oasis, LLC.

No appearance for remaining appellee.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.